**No. 41397.**—Protest 848523–G of Albers Bros. Milling Co. (Los Angeles).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Albers* v. *United States* (C. D. 122) kaoliang seeds were held dutiable at 10 percent under paragraph 1558 as claimed.

**No. 41398.**—Protest 974681–G of Schuhmacher Co. (Galveston).

Opinion by EVANS, J.   The protest was dismissed.

**No. 41399.**—Protests 972083–G, etc., of Pacific Wine & Spirits Co. (San Francisco).

Opinion by EVANS, J.   On the records presented the protests were overruled.

**No. 41400.**—Protests 951133–G, etc., of Biddle Purchasing Co. et al. (Philadelphia, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41401.**—Protests 961563–G, etc., of Bohemian Distributing Co. et al. (Los Angeles, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41402.**—Protests 965378–G, etc., of Lever Brothers Co. et al. (Boston, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 25, 1939

**No. 41403.**—Protest 872085–G of Joseph Bermel, Inc. (New York).

Opinion by McCLELLAND, P. J.   On the authority of *Austin* v. *United States* (1 Ct. Cust. Appls. 510, T. D. 31532) it was held that paragraph 234 (a) more specifically provides for the memorial or headstones in question than paragraph 214 under which claim is made.   The protest was therefore overruled.